# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No. CR-24-152-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE REVOCATION HEARING** |
| CLAY WAYLAND BUCKMILLER, | |
| Defendant. | |

The U.S. Probation Officer has advised the Court that she is unavailable the week of April 20th. Therefore,

**IT IS HEREBY ORDERED** that the Revocation Hearing set for Wednesday, April 22, 2026 at 10:30 a.m. is **VACATED** and **RESET** to commence on **Friday, May 1, 2026 at 1:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _1st_ day of April, 2026.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE